**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Courtroom Minute Sheet – Criminal Case

Date   **12/28/17**   Judge   **John Bodenhausen - 15S**   Case No.   **4:17CR597 ERW/JMB**

UNITED STATES OF AMERICA v.   **Randell Patton (3)**

Deputy Clerk Initials:   **ARL**          Court Recorder:   ARL

Assistant United States Attorney:   Edward Dowd, III

Attorney for Defendant:   Beverly Ann Beimdiek

Interpreter _____          **SEALED PROCEEDING**

**Proceedings:**
___ Initial Appearance          ___ In Court Hearing **(WAIVER OF MOTIONS)**     ___ Change of Plea/Sentencing
___ Initial Appearance Supervised Release       ___ Motion Hearing            ___ Competency Hearing
___ Rule 5(c)(3)Removal (Identity)              ___ Evidentiary Hearing        ___ Pretrial/Status Conference
___ Detention Hearing                           ___ Oral Argument/Non Evidentiary Hearing
___ Preliminary Examination                     ___ Preliminary Revocation
___ Bond Execution/Appearance Bond              ___ Supervised Release
___ Bond Review                                 ___ Probation
**X** Arraignment

Additional Information:   Discussion held regarding complex case designation.   Deadlines to be set at later date.

**Initial Appearance:**
Bond set in the amount of: $ _____          Bond Type _____

Preliminary Exam/Detention Hearing scheduled: _____ @ _____ Before: SPM

Detention Hearing only scheduled: _____ @ _____ Before SPM

**Arraignment Scheduled:** _____ @ _____ **Before** _____

**Preliminary Revocation Hearing:**
Final Supervised Release or Probation Revocation Hearing Scheduled: _____ Before _____

## Arraignment:

**X**   Defendant is sworn and arraigned

**X**   Waives reading of indictment/information

**X**   Not guilty plea entered.   Order on pretrial motions to issue.

**X**   Written Motion for Extension of Time to File Pretrial Motions (GRANTED).

Pretrial Motion filing deadline set for   To be set

Evidentiary Hearing to be set before JMB.

## Evidentiary Hearing:

___ Defendant waives evidentiary hearing. ** Case referral termed.

___ By leave of court defendant withdraws all pretrial motions and waives evidentiary hearing. **Case referral termed.

___ Hearing held. Testimony Heard. Motions taken under submission.

**Trial Scheduled:**   To be set          **Before**   ERW

**X**   Remanded to custody          ___ Released on bond

Proceeding commenced   10:14 a.m.          Proceeding concluded   10:18 a.m.

.